**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:20-cv-81884-RKA**

| | |
|---|---|
| CHRISTOPHER PIERCE, individually | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| FLANIGAN'S ENTERPRISES, INC, a Florida Corporation, and CIC INVESTORS #65, LTD d/b/a FLANIGAN'S SEAFOOD BAR AND GRILL, a Florida limited partnership | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

**JOINT MEDIATION REPORT**

Pursuant to the Court's Order Scheduling Mediation [DE 18], the Parties CHRISTOPHER PIERCE, FLANIGAN'S ENTERPRISES, INC and CIC INVESTORS #65, LTD d/b/a FLANIGAN'S SEAFOOD BAR AND GRILL and advise the Court of the following:

1. The Parties have reached a Settlement at Mediation and signed a Mediation Settlement Agreement and have further agreed to sign a Full Release which the Parties anticipate being signed within twenty (20) days from the date of this Joint Report.

2. Thereafter, the Parties will dismiss this action with prejudice in accordance with the Mediation Settlement Agreement but no more than thirty (30) days from the date of this Report.

3. The parties shall each bear their own attorney's fees and costs.

4. The Parties will advise the Court if they are need of additional time to execute all documents to fully resolve this matter.

Dated: March 29, 2021

                                     Respectfully submitted,

                                     K/S Attorneys at Law

                                     */s/ Tina El Fadel*
Tina El Fadel, Esq.
Florida Bar #0091039
Attorney for Plaintiff
K/S Attorneys at Law
2424 N. Federal Hwy., Ste. 200
Boca Raton, FL 33431
Phone: (561) 939-8042
Email: tina@ks-law.com

                                     */s/ Clay Roberts*
Clay Roberts, Esq.
Florida Bar Number 262307
Attorney for Defendants
ROBERTS, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, Suite 300
Coconut Grove, Florida 33133
Telephone: 305-442-1700
Email: roberts@robertspa.com